JOHN SCHOEFFTER, an. Infant, by LINA SCHOEFFTER, His Guardian ad Litem, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant, Impleaded with Others.

(Argued June 20, 1932; decided July 19, 1932.)

552

*Daniel Scanlon* for appellant.
*Crandall Melvin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.